### 13503. DAVIS v. BANK OF LEXINGTON.

JENKINS, P. J. 1. The provision of section 5571 of the Civil Code (1910), that "if the sheriff is a party to the cause, the process shall be directed to the coroner of the county, and to the sheriffs of the adjoining coun-

ties, and may be served by either, as convenience may suggest," is mandatory. A deputy of such a sheriff may not serve such process under any authority given by section 5564, and process or service in contravention of the statutory inhibition is void. *Hillyer* v. *Pearson*, 118 *Ga*. 815 (45 S. E. 701); Civil Code (1910), § 614. The inhibition as prescribed by the code and as interpreted in decisions of the Supreme Court (*State* v. *Jeter*, 60 *Ga*. 489; *Flury* v. *Grimes*, 52 *Ga*. 341-343; *Johnson* v. *Shurley*, 58 *Ga*. 417; *Knight* v. *Morrison*, 79 *Ga*. 55, 3 S. E. 689, 11 Am. St. R. 405) will not, however, be enlarged where such bonded officer is not a party to the litigation, and his act consists in simply serving and returning an ordinary process of a suit in which he might have an indirect personal interest by reason of being an officer and stockholder in the plaintiff corporation. Such a function involving no sort of discretionary power, and being purely ministerial in character, the rule followed in this State with reference to the disqualification of judges and jurors (*Roberts* v. *Roberts*, 115 *Ga*. 259, 41 S. E. 616, 90 Am. St. R. 108) does not have application. The rule as here adopted appears to conform with the construction made·by foreign jurisdictions under similar statutes. 24 R. C. L. 920, 921; Hardwick *v.* Jones, 65 Mo. 54 (1, 2); Webster *v.* Smith, 78 Mo. 163; Adams *v.* Wiscasset Bank, 1 Me. 362 (10 Am. D. 88); Buckeye Refining Co. *v.* Kelly, Ann. Cas. 1913E, 840 (163 Cal. 8, 124 Pac. 536).

2. Other assignments of error, not being in any way insisted upon, will be treated as abandoned.

　　　　　　　　*Judgment affirmed. Stephens and Bell, JJ., concur.*
　　　　　　　　DECIDED FEBRUARY 8, 1923.

Complaint; from city court of Lexington — Judge Sutton presiding. February 23, 1922.

*W. W. Armistead, T. W. Rucker, Phil W. Davis Jr.,* for plaintiff in error.

*Smith, Hammond & Smith, Hamilton McWhorter Jr.,* contra.